**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7790**

---

In Re: CORNELIUS TUCKER, JR.,

                                        Petitioner.

---

On Petition for Writ of Mandamus.  (CA-93-691)

---

Submitted:  January 17, 2002        Decided:  January 29, 2002

---

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Cornelius Tucker, Jr., Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Cornelius Tucker has filed a petition for a writ of mandamus seeking to compel the district court to file his complaint and attacking the validity of a pre-filing injunction. Mandamus is an extraordinary remedy, and is not available where there are other means by which the petitioner might obtain the requested relief. In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). Further, mandamus is not a substitute for appeal. In re United Steelworkers, 595 F.2d 958, 960 (4th Cir. 1979). Tucker's proper remedy lies in an appeal from the district court's denial of leave to file his complaint. This court has previously considered and rejected Tucker's appeal of the pre-filing injunction. See Tucker v. Samuel, No. 94-7397 (4th Cir. 1995) (unpublished). Therefore, although we grant Tucker's motion to proceed in forma pauperis, we deny his petition for a writ of mandamus.[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

---

[*] To the extent that Tucker is requesting recusal of district court judges through this petition for a writ of mandamus, Tucker has failed to show any extra-judicial source of bias. Accordingly, he is not entitled to such relief. In re Beard, 811 F.2d 818, 827 (4th Cir. 1987).